JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE PLATA,<br><br>    Plaintiff,<br><br>v.<br><br>ALLSTATE INDEMNITY COMPANY and Does 1-100,<br><br>    Defendants. | Case No. SACV09-0393-JVS<br><br>**JUDGMENT** |

    The Court, having granted Allstate Indemnity Company's motion for summary judgment by its Order entered on October 13, 2009, hereby enters judgment in favor of defendant Allstate Indemnity Company and against plaintiff Jose Plata.

    It is further ordered and adjudged that plaintiff Jose Plata shall pay defendant Allstate Indemnity Company its reasonable costs of suit as determined by the Clerk of Court according to proof.

Dated: October 30, 2009

_____
James V. Selna
United States District Court Judge

1